NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5100

CRV ENTERPRISES, INC. and
C. RYAN VOORHEES,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-660, Judge Susan G. Braden.

ON MOTION

## O R D E R

CRV Laboratories, Inc. and C. Ryan Voorhees move without opposition for a 8-day extension of time, until May 6, 2010, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 29 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    John H. Patton, Esq.
       Aaron P. Avila, Esq.

s21

FILED
U.S. OOURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 9 2010

JAN HORBALY
CLERK